810

No. 341. SCHERF ET AL. v. COMMISSIONER OF INTERNAL REVENUE. Certiorari denied. *D. M. Powell* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Helen R. Carloss* and *Harry Baum* for respondent.

No. 344. F. L. MENDEZ & Co. v. GENERAL MOTORS CORP. Certiorari denied. *Arthur Lucius Hubbard* for petitioner. *Ernest S. Ballard* for respondent.

No. 345. GARFORD TRUCKING CORP. ET AL. v. MANN. Certiorari denied. *Herbert S. Avery* for petitioners. *Paul A. Barron* for respondent.

No. 347. GENERAL MOTORS ACCEPTANCE CORP. v. HIGGINS, COLLECTOR OF INTERNAL REVENUE. Certiorari denied. *John Thomas Smith* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Helen R. Carloss* and *Morton K. Rothschild* for respondent.

No. 348. BLOOMBERG v. RADICH. Certiorari denied. *Jacob W. Friedman* for petitioner. *Milton T. Lasher* for respondent.

No. 349. GARDNER, TRUSTEE, v. NEW JERSEY. Certiorari denied. *James D. Carpenter, Jr., Alexander H. Elder* and *Samuel M. Coombs, Jr.* for petitioner. *Benjamin C. Van Tine* for respondent. *Charles A. Rooney, Charles Hershenstein* and *Milton B. Conford* filed a brief for the City of Jersey City, as *amicus curiae,* opposing the petition.